AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Fany Mabel Santos-Garcia**

United States Courts
Southern District of Texas
FILED
October 12, 2021
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-21-2161-M

IAE   YOB: 1997
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 10, 2021** in **Starr** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)
**Fany Mabel Santos-Garcia did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Border Patrol by intentionally and willfully stating that she was a minor, when in truth and fact she is an adult.**

in violation of Title **18** United States Code, Section(s) **1001** (Felony)
I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts:

Fany Mabel Santos-Garcia was encountered by Border Patrol Agents near La Grulla, Texas on October 10, 2021. The investigating agent established that the defendant was an undocumented alien who claimed to be a minor child under the age of 18. The defendant was subsequently taken into custody and transported to the Rio Grande Valley Centralized Processing Center (RGVCPC) in McAllen, Texas for processing. On October 11, 2021, at the RGVCPC, Border Patrol Intelligence Agents interviewed the defendant after they became suspicious she was using a fraudulent document to substantiate her claim to being a minor.

DEFENDANT'S STATEMENT:
On October 11, 2021, Fany Mabel Santos-Garcia was provided with a Miranda warning, acknowledged understanding her rights, and agreed to provide a statement.

Fany Mabel Santos-Garcia stated that she entered the United States illegally by rafting across the river and that she did not possess any legal immigration documents to remain in the United States. Santos-Garcia freely admitted that her correct date of birth is November 23, 1997, and stated that she was 23 years old and she was in possession of an altered document. Santos-Garcia stated that she departed Honduras about a month ago.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 12, 2021   3:44 PM

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/   Rosendo Agda
Signature of Complainant
Rosendo Agda   Border Patrol Agent

Signature of Judicial Officer